# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David James Jannetta, | Civil No. 05-1349 (DWF/RLE) |
| Petitioner, | |
| v. | **ORDER** |
| Terry Carlson, C.E.O./Warden, | |
| Respondent. | |

David James Jannetta, *Pro Se*, Petitioner.

Thomas R. Ragatz, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendant.

---

This matter is before the Court upon Petitioner David James Jannetta's objections to Magistrate Judge Raymond L. Ericksen's Report and Recommendation dated July 14, 2005, recommending that: (1) Petitioner's application for a writ of habeas corpus be denied; (2) Petitioner's application to proceed *in forma pauperis* be denied; and (3) this action be summarily dismissed, but without prejudice.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of the parties, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1.  Magistrate Judge Raymond L. Erickson's Report and Recommendation dated July 14, 2005 (Doc. No. 3), is **ADOPTED**.

2.  Petitioner David James Jannetta's objections (Doc. No. 4) to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated July 14, 2005, are **DENIED**.

3.  Petitioner David James Jannetta's application for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

4.  Petitioner David James Jannetta's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

5.  This action is summarily **DISMISSED**, but **WITHOUT PREJUDICE**.


Dated:  August 5, 2005            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court